# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| BOBBI MILBRANDT, ) | Case No. 2:21-cv-02895 |
| ) | |
| Plaintiff, ) | |
| ) | JUDGE EDMUND A. SARGUS, JR. |
| v. ) | |
| ) | MAGISTRATE JUDGE ELIZABETH |
| RIVERSIDE RECOVERY SERVICES, ) | PRESTON DEAVERS |
| LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## STIPULATED DISMISSAL WITH PREJUDICE

By stipulation of the undersigned counsel, it is hereby agreed that this action be dismissed in its entirety, with prejudice. Each party shall bear its own attorneys' fees and costs. The Court retains jurisdiction to enforce the terms of the settlement agreement.

Dated this 3rd day of February, 2022.

/s/Trisha M. Breedlove
Trisha M. Breedlove (0095852)
The Spitz Law Firm, LLC
1103 Schrock Road, Suite 307
Columbus, Ohio 43229
Telephone: (216) 291-4744
Facsimile: (216) 291-5744
trisha.breedlove@spitzlawfirm.com
*Counsel for Plaintiff*

/s/Michael P. Karst *(email approval on 2/2/22)*
Thomas E. Green (0075022)
Michael P. Karst (0091020)
Kastner Westman & Wilkins, LLC
3550 West Market Street, Suite 100
Akron, Ohio 44333
Telephone: (330) 867-9998
Facsimile: (330) 867-3786
tgreen@kwwlaborlaw.com
mkarst@kwwlaborlaw.com
*Counsel for Defendants*